# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS INSURANCE GROUP, INC. | ) | Case No. 00-4070 (MFW) |
| | ) | |
| Debtor. | ) | |
| | | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS INSURANCE HOLDINGS (BARBADOS) LTD., | ) | Case No. 01-1994 (MFW) |
| | ) | |
| Debtor. | ) | |
| | | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS GUARANTY INSURANCE LTD. | ) | Case No. 01-1993 (MFW) |
| | ) | |
| Debtor. | ) | |
| | | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS CAPTIVE INVESTMENT FUND LIMITED, | ) | Case No. 01-2000 (MFW) |
| | ) | |
| Debtor. | ) | |
| | | |
| In re | ) | Chapter 11 Case |
| | ) | |
| ENTERPRISE GROUP INSURANCE CO., LTD., | ) | Case No. 01-1996 (MFW) |
| | ) | |
| Debtor. | ) | |
| | | |
| In re | ) | Chapter 11 Case |
| | ) | |
| BROOKWELL INSURANCE CO., LTD., | ) | Case No. 01-1997 (MFW) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS ENTERPRISES INSURANCE SERVICES, INC., | ) ) | Case No. 01-1995 (MFW) |
| | ) | |
| Debtor. | ) ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS SURETY BOND AGENCY, INC., | ) ) | Case No. 01-1999 (MFW) |
| | ) | |
| Debtor. | ) ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS MANAGEMENT GROUP, INC., | ) ) | Case No. 01-1998 (MFW) |
| | ) | |
| Debtor. | ) ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS ENTERPRISES, INC. d/b/a PRS INSURANCE SERVICES, | ) ) ) | Case No. 01-2002 (MFW) |
| | ) | |
| Debtor. | ) ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS BENEFITS SERVICES, INC., | ) ) | Case No. 01-2001 (MFW) |
| | ) | |
| Debtor. | ) ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| PRS MANAGEMENT SERVICES, INC., | ) ) | Case No. 01-2003 (MFW) |
| | ) | |
| Debtor. | ) | |

## ORDER AUTHORIZING JOINT ADMINISTRATION

Upon the motion (the "Motion"), of the Trustee[1] and the Debtor Subsidiaries, for entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 1015 (the "Bankruptcy

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

Rules"), authorizing the joint administration of these cases under chapter 11 of title 11 of the United States Code; and no adverse interest being represented; and notice having been given to (i) the United States Trustee for the District of Delaware; (ii) the twenty largest unsecured creditors of PRS and the Debtor Subsidiaries and (iii) all parties which have filed requests for notices in this case; and it appearing that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that

1. The Motion is granted.

2. The above-captioned cases are consolidated for procedural purposes only effective as of June 8, 2001 and shall be administered jointly under Case No. 01-4070 (MFW) in accordance with the provisions of Bankruptcy Rule 1015, and the joint caption of the cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| | ) | Case No. 01-4070 (MFW) |
| PRS INSURANCE GROUP, INC., et. al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

3. All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of PRS Insurance Group, Inc., et al., Case No. 01-4070 (MFW), and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of PRS Insurance Group, Inc. and its affiliates, and the docket in Case No. 01-4070 (MFW) should be consulted for all matters affecting this case."

- 3 -

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
September 2?, 2001

_____
JUDGE

WP3:643219.1

58421.1001